UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:13-cr-00011-WTL-DML-1 |
| | ) | |
| COREY E. HORTON, | ) | |
| | ) | |
| Defendant. | ) | |

## Order Adopting Report and Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that Roger D. Leonard=s supervised release be modified, pursuant to 18 U.S.C. '' 3401(i) and 3583(e) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure*, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and ORDERS:

(a)   Mr. Horton's supervised release is revoked;

(b)   Mr. Horton is sentenced to a term of imprisonment of 12 months plus one day, with no supervised release to follow; and

(c)   in light of Mr. Horton's significant history of mental illness, the court recommends that he be assigned to a Bureau of Prisons medical facility.

SO ORDERED.

Date: 01/17/2014

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal